# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**TIMOTHY ROECKEL,**

    *Plaintiff*,

        v.                           **Civil Action No.**

**ALLY BANK CORP.,**
    *Defendant*.

## NOTICE OF REMOVAL
## 28 U.S.C. §§ 1441 and 1446

TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Ally Bank[1] ("Ally" or "Defendant"), by counsel, hereby removes this action from the District Court of Arapahoe County, Colorado, to the United States District Court for the District of Colorado. Removal is proper because this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1441(a). In support thereof, Ally states as follows:

## I. BACKGROUND

1.    This action was commenced on September 15, 2020, in the District Court for Arapahoe County, Colorado, styled as *Timothy Roeckel v. Ally Bank Corp.*, Case No. 20-CV-156 (the "State Court Action").

2.    A copy of the complaint that initiated this action (the "Complaint") and all state court pleadings are collectively attached hereto as **Exhibit A**.

---

[1] Defendant Ally Bank is incorrectly identified in the Complaint as "Ally Bank Corp."

3.  The action is factually premised upon the alleged improper servicing and credit reporting of Plaintiff's automobile finance loan (the "Loan") financed by Ally to secure the lease of a vehicle.  Compl. ¶¶ 5-8.

4.  Ally was served with process in this case on September 15, 2020, and is removing the action within thirty (30) days of this date.  Therefore, this removal is timely, pursuant to 28 U.S.C. §§ 1446(b).

5.  Ally denies the allegations in the Complaint, denies that Plaintiff has a claim for which relief may be granted, and denies that Plaintiff has been damaged in any manner. Nevertheless, assuming for jurisdictional purposes only that Plaintiff's claims are valid, he could have originally filed his Complaint in this Court under federal question jurisdiction because resolution of Plaintiff's claims will require determination of significant, disputed issues under federal law.

## II.  FEDERAL QUESTION JURISDICTION

6.  Plaintiff's claims arise out of an automobile finance loan serviced by Ally.  Compl. *passim*.

7.  Federal district courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.  A "civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

8.  Here, federal question jurisdiction exists under 28 U.S.C. § 1331 because the Complaint alleges multiple claims "of which the district courts of the United States have original

jurisdiction." *Id.* Specifically, Plaintiff alleges multiple violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* Compl. ¶¶ 9, 14-17.

9. Accordingly, federal question jurisdiction exists over this action because Plaintiff's allegations require resolving issues that arise under "the Constitution [and] laws" of the United States. Particularly, this matter necessitates the application of the FCRA, and that federal law determines the rights and liabilities of the parties, which warrants a proper exercise of federal question jurisdiction.

10. Plaintiff further alleges claims arising under state law, namely, the Colorado Uniform Consumer Credit Code. Compl. ¶¶ 9, 13.

11. Because there is federal question jurisdiction over the claims as discussed above, this Court also has supplemental jurisdiction over all other remaining state law claims because those claims stem from the same operative facts and are so related that they form part of the same case or controversy. *See* 28 U.S.C. § 1367. Accordingly, this case is removable.

### III. VENUE

12. Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a), because this district and division embrace the District Court of Arapahoe County, Colorado, Denver Division, the forum in which the removed State Court Action was pending.

### IV. NOTICE

13. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal is being filed contemporaneously with the Clerk of the District Court of Arapahoe County, Colorado, and is being served on Plaintiff. A true and correct copy of the Notice of Filing of Notice of Removal, without exhibits, is attached hereto as **Exhibit B.**

14. As of the date of this removal, Ally has not filed a responsive pleading to the Complaint. Ally reserves all rights to assert any and all defenses to the Complaint and further reserve the right to amend or supplement this Notice of Removal.

15. If any questions arise as to the propriety of the removal of this action, Ally requests the opportunity to present a brief and argument in support of its position that this case is removable.

WHEREFORE, for the reasons stated above, Defendant Ally Bank removes this action to this Court and seeks such other and further relief as this Court deems appropriate and just.

Dated:  October 2, 2020                               Respectfully submitted,

**ALLY BANK**

By: /s/ Ethan G. Ostroff
Ethan G. Ostroff (Virginia SBN 71610; Admitted to the Bar of the District of Colorado on 8/14/2014)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
Email: ethan.ostroff@troutman.com

*Attorneys for Ally Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2020 this *Notice of Removal* was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, and sent via Federal Express to the following:

> Timothy C. Roeckel
> 14831 E. Wagontrail Place
> Aurora, CO 51650
> *Pro Se*

**ALLY BANK**

By: /s/ Ethan G. Ostroff
Ethan G. Ostroff (Virginia SBN 71610; Admitted to the Bar of the District of Colorado on 8/14/2014)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
Email: ethan.ostroff@troutman.com