IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02978-NRN

Timothy Roeckel,

Plaintiff,

v.

Ally Bank Corp.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    This matter is before the Court *sua sponte*. The parties are notified that the Court will hear argument on the Plaintiff's Motion to Remand (Dkt. #10) and Defendant's Motion to Dismiss (Dkt. #14) at the Telephonic Status Conference set on November 10, 2020 at 2:00 p.m.

    The Court will also address the parties' Joint Motion to Stay (Dkt. #18) at the Status Conference.

Date: October 22, 2020