IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

TIMOTHY ROECKEL,

    *Plaintiff*,

    v.                               Civil Action No. 20-CV-02978-NRN

ALLY BANK CORP.,
    *Defendant.*

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Timothy Roeckel and Defendant Ally Bank stipulate to the dismissal of this action with prejudice, each party to bear its own costs and fees.

Respectfully submitted this 8th day of January 2021.

                                              **ALLY BANK**

                                              By: */s/ Ethan G. Ostroff*
                                              Ethan G. Ostroff (Virginia SBN 71610; Admitted to
                                              the Bar of the District of Colorado on 8/14/2014)
                                              TROUTMAN PEPPER HAMILTON
                                              SANDERS LLP
                                              222 Central Park Avenue, Suite 2000
                                              Virginia Beach, Virginia 23462
                                              Telephone: (757) 687-7541
                                              Facsimile: (757) 687-1541
                                              Email: ethan.ostroff@troutman.com

                                              *Attorneys for Ally Bank*

                                              **TIMOTHY C. ROECKEL**
                                              /s/ *[signature]*
                                              Timothy C. Roeckel
                                              14831 E. Wagontrail Place
                                              Aurora, CO 80015

                                              *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021 this *Stipulation of Dismissal* was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, and sent via Federal Express to the following:

Timothy C. Roeckel
14831 E. Wagontrail Place
Aurora, CO 80015
*Pro Se*

**ALLY BANK**

By: */s/ Ethan G. Ostroff*
Ethan G. Ostroff (Virginia SBN 71610; Admitted to the Bar of the District of Colorado on 8/14/2014)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
Email: ethan.ostroff@troutman.com